UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| VIBHAKER MOUDGIL,<br><br>Plaintiff,<br><br>v.<br><br><br>FUJIFILM NORTH AMERICA, CORP.,<br><br>Defendant. | Case No. 1:20-cv-04732 (MKV) (SN)<br><br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification and recusal, the undersigned counsel for Defendant FUJIFILM North America Corporation, incorrectly sued herein as FUJIFILM North America, Corp., (a private non-governmental party) is a wholly owned subsidiary of FUJIFILM Holdings America Corporation, and no publicly-held corporation owns 10 percent or more of FNAC's stock.

Dated: Florham Park, New Jersey           Respectfully submitted,
   August 31, 2020


               FAEGRE DRINKER BIDDLE & REATH LLP

               By*:  /s/* Helen E. Tuttle
                 Helen E. Tuttle, Esq.
                600 Campus Drive
                Florham Park, New Jersey 07932-1047
                (973) 549-7263
                (973) 360-9831 (fax)
                helen.tuttle@faegredrinker.com

               Attorneys for Defendant
               FUJIFILM North America Corporation