UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/2021
```

VIBHAKER MOUDGIL,

                Plaintiff,

-against-

FUJIFILM NORTH AMERICA CORP.,

                Defendant.

1:20-cv-04732-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

      The Court is informed by the court-appointed mediator that the parties have reached a settlement in principle [ECF No. 17]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **February 8, 2021**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: January 7, 2021
      New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**